UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEVARIEN ZYMELL DUNLAP,

Plaintiff,

v.

SAMARITAN HOUSE,

Defendant.

Case No. 4:25-cv-09225-KAW

ORDER RESASSIGNING CASE TO DISTRICT JUDGE; REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE

Re: Dkt. No. 7

On October 27, 2025, Plaintiff, proceeding pro se, filed a complaint alleging one violation of Title VII of the Civil Rights Act based on sexual harassment that has occurred on "several occasions" at Samaritan House, which involved them being "sexually teased on a regular [basis] by homosexual men." (Compl., Dkt. No. 1 § V.).  On October 29, 2025, the Court granted Plaintiff's motion to proceed in forma pauperis but found that he had "failed to set forth 'a short and plain statement of the claim showing that the pleader is entitled to relief' as required by Rule 8 of the Federal Rules of Civil Procedure." (Dkt. No. 4 at 3.)  On December 26, 2025, the Court's mail was returned as undeliverable. (Dkt. No. 7.) As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Civil Local Rule 3-11, a party proceeding pro se must keep the Court informed of their current address while an action is pending. *See* Civil L.R. 3-11(a) (N.D. Cal. 2025). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b).

More than 60 days have passed since the mail addressed to plaintiff was returned as

undeliverable. The court has not received notice from plaintiff of a new address.  Accordingly, this action is REASSIGNED to a district judge with the RECOMMENDATION that it be DISMISSED without prejudice pursuant to Civil Local Rule 3-11.

Any party may file objections to these recommendations within 14 days of being served with a copy.  *See* 28 U.S.C. § 636(b); *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b); N.D. Civil L.R. 72-3.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

IT IS SO RECOMMENDED.

Dated: March 2, 2026

_____
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2